# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

**United States of America**, Plaintiff,

-vs-

**Kortnee Widup**,

Defendant.

Case No. 3:16-CR-97-1

Magistrate Judge Ovington

## ORDER

On motion of the Defendant after being of the consequences under the Speedy Trial Act, the Court finds the Defendant understands the consequences of such a waiver of any possible objection under the Speedy Trial Act as to the charge under Counts 1, 2, and 3, making her request for such waiver a knowing, intelligent, and voluntary act. The period of such waiver is therefore from the date of the pretrial conference, January 4, 2017 until the scheduled trial date, February 7, 2017.

Pursuant to 18 U.S.C., Section 3161(h)(7), the Court finds that the ends of justice served by this extension outweigh the interests of the public and the Defendant in a speedy trial.

IT IS SO ORDERED.

Date: 1-4-17

_____
United States Magistrate Judge

Defendant: _____

Defense Counsel: _____