IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff-Appellee,

  vs.                                  Case No. 3:l6-CR-97

KORTNEE WIDUP,                  Judge Thomas M. Rose

        Defendant-Appellant.

---

## ENTRY SETTING BRIEFING SCHEDULE ON MERITS OF APPEAL

The Defendant has filed a timely Notice of Appeal from her conviction by a duly empaneled jury and sentence by the United States Magistrate Judge. It is the order of this Court that the Defendant file her Brief in Support of her appeal, not later than 30 days from date (or not later than 30 days following the filing of a transcript of the proceedings below, a transcript which it is the Defendant-Appellant's responsibility to order and cause to be filed), followed not later than 30 days thereafter by the Appellee's Brief. The Defendant-Appellant will then have 15 days following date of receipt of the Government's submission, to file whatever reply memorandum is deemed necessary.

                                            *s/ Thomas M. Rose*

July 6, 2017                                  Thomas M. Rose, Judge
                                             United States District Court